# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

FREEDOM MEDICAL SUPPLY, INC.,  : No. 6 EM 2015
INDIVIDUALLY AND ON BEHALF OF  :
ALL OTHERS SIMILARLY SITUATED  :
:
:
:
:
:
v.  :
:
:
:
STATE FARM FIRE AND CASUALTY  :
COMPANY; STATE FARM MUTUAL  :
AUTOMOBILE INSURANCE COMPANY  :
:
:
:
PETITION OF:  UNITED STATES  :
COURT OF APPEALS FOR THE THIRD  :
CIRCUIT  :

## ORDER

**PER CURIAM**

**AND NOW**, this 9th day of March, 2015, the Petition for Certification of Law submitted by the United States Court of Appeals for the Third Circuit is **GRANTED**. This Court shall consider the following issue:

> May an insurer use methods not specifically identified in Pennsylvania's Motor Vehicle Financial Responsibility Law, 75 Pa.C.S. §§1701 *et seq.*, to calculate the "usual and customary" charge for devices and services not listed on the Medicare Fee Schedule for purposes of determining the amount to be paid to providers of those devices and services?

The Prothonotary is **DIRECTED** to establish a briefing schedule and list this matter for oral argument.